■ In the Matter of ROBERT EARL DIZAK, Also Known as ROBERT E. DIZAK, a Disbarred Attorney. [676 NYS2d 867] —Motion for reinstatement denied without prejudice to renew upon the submission of proof that petitioner has entered into a satisfactory restitution arrangement with the Lawyers' Fund for Client Protection. No opinion. Concur—Milonas, J. P., Rubin, Nardelli, Tom and Saxe, JJ.

■ In the Matter of JOAQUIN RIVERA, a Suspended Attorney. [676 NYS2d 867] —Motion for reargument granted, and upon reargument, respondent's serious crime hearing is held in abeyance pending his released from prison. No opinion. Concur—Rosenberger, J. P., Rubin, Williams, Tom and Andrias, JJ.